UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LEON KENTRILL McCOY,<br><br>    Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.*,<br><br>    Respondents. | 3:08-cv-00036-LRH-VPC<br><br><u>ORDER</u> |

On January 29, 2009, this court entered an order allowing petitioner thirty days to file an amended complaint and directing respondents to answer the original petition within forty-five (45) days of the entry of the order. Petitioner did not file an amended petition. To date, respondents have not answered the petition, nor have they filed a motion for enlargement of time. Respondents shall therefore be given fifteen (15) days from the date this order is entered to show cause why they have not answered the petition.

**IT IS THEREFORE ORDERED** that respondents shall have fifteen (15) days to **SHOW CAUSE** why they have not filed and served an answer to the petition for writ of habeas corpus as ordered by this court on January 29, 2009.

Dated this 17th day of March, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE