AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

LEON McCOY,

      Petitioner,          JUDGMENT IN A CIVIL CASE
  V.

                    CASE NUMBER:  3:08-CV-00036-LRH-VPC

D. W. NEVEN, et al,

      Respondents.

____   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

__X__  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that grounds 1, 3, 4, 15, 17, 19, 20, 21, 22, 24, and 25 are **DISMISSED AS PROCEDURALLY BARRED. FURTHER ORDERED** that grounds 2, 5-14, 16, 18, and 23 are **DENIED. FURTHER ORDERED** that a Certificate of Appealability shall be **DENIED.**

September 22, 2010                                                    **LANCE S. WILSON**
                                                                                               Clerk

                                                                                       /s/  M. Campbell
                                                                                      Deputy Clerk